**Order entered November 12, 2019**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00661-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KRISTEN MAE STATON, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MA14-52583-K**

## ORDER

Before the Court is appellee's November 8, 2019 second motion to extend the time to file appellee's brief. We **GRANT** the motion and **ORDER** appellee's brief filed on or before **SEVEN DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE